IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT TEDDER, | : | |
| AIS 147885, | | |
| | : | |
| Petitioner, | | |
| vs. | : | CA 07-0046-BH-C |
| | | |
| GRANT CULLIVER, | : | |
| | | |
| Respondent. | | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 21, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of July, 2007.

                                                    s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE